# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4046-CV-C-NKL |
| ) | |
| ANTHONY C. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On January 20th, 2009, United States Magistrate Judge William A. Knox issued a Report, Recommendation and Order ("Report"). The Report recommends that, after an independent review of the record, this Court enter an order which (1) holds Defendant Anthony C. Thompson ("Defendant") in contempt of this Court for failing to appear for a judgment debtor examination and (2) directs the United States Marshal for the Western District of Missouri to arrest Defendant and bring him before the Court.

On March 25, 2005, Defendant was personally served at an address in Columbia, Missouri, with the Complaint in this case. He failed to respond and a default judgment was entered in May 2005. In June 2005, the certified mail copy of the Order to show cause why default judgment should not be entered was returned to the Court as unclaimed.

Plaintiff filed a motion for judgment debtor examination in November 2008. The Court then entered an Order requiring Defendant to appear on December 8, 2008, for an

examination concerning his ability to satisfy the 2005 default judgment. On December 8, 2008, the certified mail copy of the Order setting the judgment debtor examination was returned to the Court as unclaimed at Defendant's original service address; a copy of that same Order sent via regular mail was not returned.

On December 17, 2008, the Court entered an Order to show cause why Defendant should not be held in contempt for failure to appear at the judgment debtor examination. Defendant did not respond. The Report directed the Clerk of the United States District Court to serve the Report upon Defendant by certified mail at the service address. Defendant filed no objection to the Report.

Pursuant to the Report, Recommendation and Order of the United States Magistrate Judge, to which there has been no timely objection, and after a *de novo* review of the record, the Court (1) finds Defendant in contempt of this Court for failing to appear for the judgment debtor examination and (2) directs the United States Marshal for the Western District of Missouri to arrest Defendant and bring him before the Court.

IT IS SO ORDERED.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: March 23, 2009
Jefferson City, Missouri